Vern E. Alden, Appellee, v. Henry A. Stromsem, Harold J. Stromsem and Clemens U. Brinkman, Appellants.

Gen. No. 45,504.

Rothbart & Rosenfield, for certain appellants; Clemens U. Brinkman, *pro se;* Edward Rothbart, Julius M. Rosenfield, Joseph Stein, and Thomas E. Moran, of counsel; Baker, McKenzie & Hightower, for appellee; Andrew W. Brainerd, and John C. McKenzie, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 25, 1952; released for publication July 8, 1952.

222 East Chestnut Street Corporation, Appellant, v. W. Philip McNulty, Appellee.

Gen. No. 45,721.

Edward S. Macie, for appellant; Sidney J. and Arthur Wolf, for appellee; Sidney J. Wolf, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 25, 1952; released for publication July 8, 1952.

Silvio E. Piacenti, Plaintiff-Appellant, v. Williams Press, Inc., William E. Williams and Robert A. Meier III, Defendants-Appellees.

Gen. No. 45,724.

Irving Breakstone, for appellant; Richard B. Austin, for certain appellees, and Robert A. Meier, Jr., for certain other appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed June 30, 1952; released for publication July 15, 1952.

440